## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| RLJCS Enterprises, Inc.; R. Leldon Sweet; Mitchell A. Toups, P.C.; Mitchell A. Toups; Gail C. Jenkins, P.C.; Gail C. Jenkins; Gilbert I. Low, Ltd.; Tilbert I. Low; R. Lyn Stevens, P.C.; R. Lyn Stevens; Hubert Oxford III, P.C.; Hubert Oxford III; David A. Bosse, M.D., P.A.; David A. Bosse, M.D.; SG/SW Bourque Management, Inc.; Stephen G. Bourque; Stacy Bourque; Script Care Management, Inc.; James F. Brown; Stephen N. Cherewaty, M.D., P.A.; Stephen N. Cherewaty, M.D.; Christopher's Copy Service, Inc.; Monty Christopher; Larry P. Ducharme, Inc.; Larry P. Ducharme; Joseph M. Finley & Associates, M.D., P.A.; Joseph M. Finley, M.D.; Mehmet Gurgun, M.D., P.A.; Mehmet Gurgun, M.D.; Cleveland Management, Inc.; Claude Cleveland; E. Linn Heartfield, M.D., P.A.; E. Linn Heartfield, M.D.; JLH Enterprises, Inc.; J. Leonard Hilliard, M.D.; Michael G. Keller, D.O., P.A.; Michael G. Keller, D.O.; B. A King, Jr., M.D., P.A.; B. A. King, Jr., M.D.; Brent L. Mainwaring, M.D., P.A.; Brent L. Mainwaring, M.D.; Wayne S. Margolis, M.D., P.A.; Wayne S. Margolis, M.D.; PWM Enterprises, Inc.; Phil W. Meaux; Vida K. Riston, R.N., C.N.M., P.C.; Vida K. Riston; Daniel R. Roubein, M.D., P.A.; Daniel R. Roubein, M.D.; Rodney D. Anderson, M.D., P.A.; Estate of Rodney D. Anderson; Miguel Castellanos, M.D., P.A.; Miguel Castellanos, M.D.; Mark A. Wilson, M.D., P.A.; and Mark A. Wilson, M.D., <br><br>**Plaintiffs,** <br><br>vs. <br><br>Professional Benefit Trust, Inc.; Professional Benefit Trust Multiple Employer Welfare Benefit Plan and Trust; First Fidelity Trust Co., Ltd.; Professional Benefit Trust, Ltd.; Sunderlage Resource Group, Inc.; Professional | CAUSE NO.    03 C 6080 <br><br>JUDGE GRADY <br><br>MAGISTRATE JUDGE ASHMAN <br><br> |

Benefit Trust Administration, LLC; Tracy L. Sunderlage; Carey L. Sunderlage; Canada Life Financial Corporation; Canada Life Assurance Corporation; Sun Life Financial Services of Canada, Inc., Sun Life Assurance Company of Canada; and Does 1-10,

**Defendants.**

**STIPULATION OF DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a), all Plaintiffs in the above-captioned action and Defendants Canada Life Financial Corporation, Canada Life Assurance Corporation, Sun Life Financial Services of Canada Inc., and Sun Life Assurance Company of Canada, hereby stipulate and agree to the dismissal of the action and all claims against said Defendants with prejudice, all parties to bear their own attorneys' fees, expenses, and costs. This action shall remain pending as to all Defendants not referenced in this Stipulation.

SCHMIDTKE HOEPPNER CONSULTANTS LLP
Attorneys for Defendants
Sun Life Financial Services of Canada Inc. and
Sun Life Assurance Company of Canada

By: _____
Mark E. Schmidtke
F. Joseph Jaskowiak
103 E. Lincolnway
Valparaiso, IN 46383
Ph.: 219-465-7368
Fx.: 219-464-1401

_____
Stephen J. Jorden
Jorden Burt, L.L.P.
1025 Thomas Jefferson St., N.W., Ste. 400 East
Washington, DC 20007
Ph.: 202-965-8100
Fx.: 202-965-8104
Attorneys for the Canada Life Defendants

_/s/ Richard L. Coffman_
Richard L. Coffman, Esq.
Richard L. Coffman, P.C.
1240 Orleans, Suite 200
Beaumont, TX 77701
Ph.: 409-832-4767
Fx.: 409-832-4768
rc@rlcpc.com
Attorneys for Plaintiffs